# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER BRIAN THOMPSON,

    Plaintiff,

v.

JIM PITTS,

    Defendant.

3:16-cv-00624-MMD-VPC

ORDER

## I. DISCUSSION

On October 26, 2017, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 3 at 2). On November 30, 2017, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he is waiting for the NDOC to return the requested documents. (ECF No. 4 at 1-2). The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before Friday, January 5, 2018.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4) is granted.

IT IS FURTHER ORDERED that on or before Friday, January 5, 2018, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This ___ day of December, 2017.

_____
United States Magistrate Judge

2