___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BRIAN THOMPSON, ) <br> Plaintiff, ) <br> v. ) <br> JIM PITTS, ) <br> Defendant. ) | 3:16-cv-00624-MMD-VPC <br><br> ORDER |

## I. DISCUSSION

Based on this Court's records, it appears that Plaintiff recently transferred prisons and is no longer at the address listed with the Court. (*See* ECF No. 9, 10). The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action with prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case with prejudice.

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the Clerk of the Court send a one-time courtesy copy of this order and the Court's screening order (ECF No. 7) to Plaintiff at Ely State Prison. |

DATED: This 13th day of December 2017.

_____
United States Magistrate Judge