*
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants*




IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

CHRISTOPHER BRIAN THOMPSON,

Plaintiff,

vs.

ELKO COUNTY SHERIFF JIM PITTS, ELKO COUNTY SHERIFF'S OFFICE LIEUTENANT MIKE SILVA, ELKO COUNTY SHERIFF'S OFFICE MEDICAL PRACTITIONER TROY EDEN, DEPUTY COREY TAYLOR, and SERGEANT BRENDEL,

Defendants.
______________________________/

ORDER

CASE NO: 3:16-cv-00624-MMD-VPC

**MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE BEYOND UPCOMING HEARING ON PLAINTIFF'S SECOND MOTION FOR LEAVE TO AMEND (#31)**
*(Belated Request Pursuant to LR II 26-4)*

COMES NOW, ELKO COUNTY SHERIFF JIM PITTS, ELKO COUNTY SHERIFF'S OFFICE LIEUTENANT MIKE SILVA, ELKO COUNTY SHERIFF'S OFFICE MEDICAL PRACTITIONER TROY EDEN, DEPUTY COREY TAYLOR, and SERGEANT BRENDEL, as well as BRENDA CORTEZ and RICHIE LESPADE, by and through their Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and hereby request a reasonable extension of the upcoming

dispositive motion deadline (set for Thursday, July 5, 2018) due to the Court's setting of a hearing on Plaintiff's Second Motion for Leave to File an Amended Complaint (#31) after that time. Specifically, the hearing on Plaintiff's Motion (#31) was set by today's Minute Order (#38) for July 17, 2018, at 11 a.m. before Magistrate Judge Valerie P. Cooke.

As an initial matter, Defendants understand and appreciate the deadline for requesting an extension of the dispositive motion deadline – with such requests being due 21 days prior to the deadline and therefore June 14, 2018, in this instance – has come and gone. (*See*, Scheduling Order (#21), p. 4, ll. 7-11); *see also*, LR II 26-4. Defendants make this late request because they did not intend to request an extension of the deadline; however, because today's Minute Order (#38) set a hearing that may result in changes to the governing pleadings after that deadline, Defendants respectfully make this request a few days late.

Defendants would suggest that two weeks after the hearing, and specifically July 31, 2018, would be an appropriate extended deadline. Should the Court grant this request, it is presumed that LR 16-3(a) would apply keeping the deadline for a Joint Pretrial Order at 30 days after the deadline, or 30 days after a decision on any dispositive motions or until further order of the Court.

Defendants make this request in good faith, and not for the purposes of undue delay. While Defendants can and will be prepared to file their anticipated dispositive motion on the current date of Thursday, July 5, 2018, Defendants submit it would make sense to extend the deadline beyond the upcoming hearing.

DATED this 25th day of June, 2018.

ERICKSON, THORPE & SWAINSTON, LTD.

/s/ Brent Ryman
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants*

IT IS SO ORDERED

Valerie P. Cooke
U.S. MAGISTRATE JUDGE

DATED: June 26, 2018

**CERTIFICATE OF SERVICE**

Pursuant to NRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

X U.S. Mail
G Facsimile Transmission
G Personal Service
G Messenger Service
G CMECF

addressed to the following:

CHRISTOPHER BRIAN THOMPSON #1165315
Ely State Prison
P.O. Box 1989
Ely, Nevada 89301
*Plaintiff, in pro per*

DATED this 25th day of June, 2018.

/s/ Brent Ryman
Brent Ryman