BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

CHRISTOPHER BRIAN THOMPSON,

    Plaintiff,

vs.

ELKO COUNTY SHERIFF JIM PITTS, ELKO COUNTY SHERIFF'S OFFICE LIEUTENANT MIKE SILVA, ELKO COUNTY SHERIFF'S OFFICE MEDICAL PRACTITIONER TROY EDEN, DEPUTY COREY TAYLOR, and SERGEANT BRENDEL,

    Defendants.

CASE NO: 3:16-cv-00624-MMD-CBC

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

COMES NOW, Defendants, ELKO COUNTY SHERIFF JIM PITTS, ELKO COUNTY SHERIFF'S OFFICE LIEUTENANT MIKE SILVA, ELKO COUNTY SHERIFF'S OFFICE MEDICAL PRACTITIONER TROY EDEN, DEPUTY COREY TAYLOR, and SERGEANT BRENDEL, as well as BRENDA CORTEZ and RICHIE LESPADE, by and through their Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and along with Plaintiff,

1

CHRISTOPHER BRIAN THOMPSON, *in pro se*, and hereby stipulate that the issues in the above-entitled action may be dismissed, with prejudice, with all parties to bear their own court costs and attorney's fees.

DATED this 21st day of MARCH, 2019.

ERICKSON, THORPE & SWAINSTON, LTD.

BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants*

///
///

DATED this 7th day of March, 2019.

CHRISTOPHER BRIAN THOMPSON
Ely State Prison (#1165315)
P.O. Box 1989
Ely, Nevada 89301
*Plaintiff, in pro per*

///

**ORDER**

Upon good cause appearing,

IT IS SO ORDERED.

DATED this 25th day of March, 2019.

U.S. DISTRICT COURT JUDGE

2

# CERTIFICATE OF SERVICE

Pursuant to NRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

- [X] U.S. Mail
- [ ] Facsimile Transmission
- [ ] Personal Service
- [ ] Messenger Service
- [ ] CMECF

addressed to the following:

CHRISTOPHER BRIAN THOMPSON #1165315
Ely State Prison
P.O. Box 1989
Ely, Nevada 89301
*Plaintiff, in pro per*

DATED this 21st day of March, 2019.

Brent Ryman

3